IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| VERVE L.L.C. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Case No. 05-40032 |
| | ) | |
| v. | ) | Honorable Paul V. Gadola |
| | ) | |
| | ) | SECOND AMENDED COMPLAINT |
| THALES E-TRANSACTIONS, INC., | ) | |
| | ) | (JURY TRIAL DEMANDED) |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## INTRODUCTION

This is an action by plaintiff Verve L.L.C. ("Verve") for patent infringement against defendant Thales e-Transactions, Inc.("Thales"). Verve files this Second Amended Complaint pursuant to the Court's Order to File Amended Complaint and Counterclaim issued on February 18, 2005.

## THE PARTIES AND JURISDICTION

1. Plaintiff, Verve L.L.C., is a Texas Limited Liability Company having its principal place of business at 6300 Bridgepoint Parkway, Building One, Suite 410 B, Austin, Texas 78730.

2. Upon information and belief Defendant Thales has its principal place of business at 53 Perimeter Center East, Suite 175, Atlanta, Georgia, 30346.

3. This action arises under the United States Patent Laws, 35 U.S.C. § 1 *et seq.* The court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). The court

also has diversity jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

## COUNT I - PATENT INFRINGEMENT

4. On December 31, 1985, U.S. Patent No. 4,562,341 ("the '341 patent") duly and legally issued to Ohmae, et al. for an "Electronic Cash Register". Upon information and belief, Verve is the owner by assignment of the '341 patent.

5. Upon information and belief, Thales has directly, indirectly, contributorily, and/or by inducement willfully infringed the '341 patent by making, using, selling, and offering for sale products which embody the inventions claimed in said patent, or colorable imitations thereof. Upon information and belief, Thales sells and offers to sell its infringing products in this judicial district and elsewhere in the United States.

WHEREFORE, Plaintiff prays that the Court enter judgment, as follows:

a. That Plaintiff be awarded, in an amount to be proven at trial, damages adequate to compensate it for the Thales' infringement of the '341 patent, but in no event an amount less than the reasonable royalty for the use made of the invention by the Thales, together with interest and costs as fixed by the court pursuant to 35 U.S.C. § 284;

b. That the Court determine to increase the damages three times for Thales' willful infringement pursuant to 35 U.S.C. § 284;

c. That the Court determines this to be an exceptional case and award Plaintiff its reasonable attorney fees, as provided for by 35 U.S.C. § 285; and

      d.    That Plaintiff be awarded such other and further relief as the Court may deem is just, proper and equitable.

## JURY DEMAND

Plaintiff demands a trial by jury.

Dated this 21st day of March, 2005.

    Respectfully submitted,
    SIMON, GALASSO & FRANTZ PLC

By: _____
**CHRISTOPHER S. WALTON**
(California State Bar No. 193611)
6300 Bridgepoint Parkway
Building One, Suite 410 A
Austin, Texas 78730
Tel: (512) 231-1311
Fax: (512) 231-1411

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christopher S. Walton, hereby certify that a copy of the foregoing was caused to be served on the 22nd day of March, 2005 upon the following in the manner indicated:

**UNITED STATES MAIL POSTAGE PREPAID**

John G. Flaim
William D. McSpadden
Baker & McKenzie
4500 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-3000
Counsel for THALES E-TRANSACTIONS, INC.

_____
Christopher S. Walton